UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO HOLLYREN COSMETICS CO., LTD. d/b/a HOLLYREN, <br><br> Defendant. | Civil Action No. 6:22-cv-00777-ADA-DTG |

**PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED** that defendant Qingdao Hollyren Cosmetics Co., Ltd. d/b/a Hollyren ("Hollyren") and its present and future successors, assigns, officers, agents, servants, employees, attorneys, and persons and entities in active concert or participation with them, including any affiliated entities such as Bepholan Cosmetics, Calailis Beauty, Lashview, and Xizi Lashes (collectively, "Enjoined Parties") are **ENJOINED** from infringing, directly or indirectly, the claims of U.S. Patent No. 11,219,260, U.S. Patent No. 11,253,020, and U.S. Patent No. 11,234,472 ("the Patents") during the terms of those Patents. Enjoined Parties are immediately **ENJOINED** from manufacturing, importing, using, selling, and/or offering for sale in the United States, or assisting third parties to do any of the foregoing, any eyelash extension product that meets the elements of the claims of the Patents, including the following Hollyren model numbers that infringe the claims of the Patents or products that are no more than colorably different therefrom in the context of the claims of the Patents (the "Infringing Products"):[1]

---

[1] Hollyren may fulfill the following purchase orders which were made on or before August 30, 2024, and for which the sales and imports of products and quantities specifically identified in these purchase orders are allowed through December 31, 2024:   HR202332604;  HR202433705;  HR202434212;  HR202434412;  HR202435077;

BDD001; BDD002; BDD004; BDD005; BDD006; BDD007; BDD008; BDD009; BDD011; BDD015; BLC04; BLC07; BVC05; BVPX01; BVS27; BVS41; BVW Shortie; BVW02; BVW04; BVW05; BVW07; BVW09; BVW10; BVW11; BVW113; BVW12; BVW13; BVW16; BVW18; C014; CDD001; CDD003; CDD004; CDD005; CDD006; CDD007; CDD008; CDD009; CDD011; CDD012; CDD013; CFA108; CFA17-2; DA01; DA02; DA03; DA04; DA05; DA06; DA07; DA08; DA09; DA10; DA11; DA12; DA13; DA14; DA15; DA16; DA17; DA18; DA19; DA20; DA21; DB025; DD011; DD012; DD013; DD101; DD102; DD103; DD104; DD105; DD106; DD107; DD108; DD109; DD110; DD111; DD112; DD113; DD119; DD128; DD128; DD201; DD202; DD203; DD204; DD205; DD401; DD503; DD506; DD507; DD508; DD509; DD510; DD513; DD601; DD602; DD603; DD604; DD605; DD613; DD637; DD638; DD650; DD701; DD702; DD703; DD704; DD705; DD706; DD707; DD708; DD710; DD711; DD712; DD713; DD714; DD715; DD716; DD717; DD719; DD720; DD721; DD726; DD727; DD728; DD730; DD735; DD743; DD745; DD746; DD747; DD750; DD751; DD753; DD754; DD801; DD802; DD803; DD804; DD909; DDFA02; DDFA03; DDFA06; DDFA07; DDFA08; DGKT01; DRC001; DRC003; DRC010; DRC017; DRC019; DRC029; DRC040; DRC047; DRC049; DRC401; DRC402; DRC403; DRC404; DRC405; DRC406; DRC407; DRC408; DV014; DV017; DV04-4P; DV10-5P; DV19-4P; DV28-5P; DV41-5P; DV87-5P; DVG88-5P; DYC00; DYC024; DYC04; DYC07; DYC08; DYC0ZJJ; DYC701; DYC801; DYCCS; FA04; FA09; FV002; FV004; FV02; FV102; FV104-2; FV109; FV114; FV116; FV152; FV153; FZD15; FZD32; GN007; GN0YS; HV08; JHD002; JHD004; JHD008; JHD009; JHD012; JHD013; JHD014; JHD015; JHD016; JHD023; JHD024; JHD030; K01; K02; K03; K04; K05; K06; KLCTK02; KLL0001; KLL0002; KLL0003; LQ033; MD401; MJD010; PDD005; PDD008; PDD021; PDD05; PFD002; PFD003; PFD004; PFD021; PFD022; RA029; RA040; RC001; RC002; RC004; RC009; RC010; RC017; SCFA134; SD704; SD705; SD710; SD718; SD747; SD753; SD787; SFA21;

---

HR202435082; HR202435111; HR202435394; HR202435402; HR202435607; HR202435608; HR202435677; HR202435678; HR202435694.

SFA213;  SFA220;  SFC134;  VEM01;  VLEI09;  VLEI10;  VRF01;  VRF02;

VRF020;  VRF04;  VRF05;  VRF08;  VRF09;  VRF16;  XEM009;  XEM07;

XZLD01;  XZLD02;  XZLD09.

The Court shall retain jurisdiction to enforce this Order, and any failure by Hollyren to

comply herewith shall constitute contempt of court.

**SO ORDERED.**

SIGNED this 9th day of June, 2025.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

3